**Opinion issued February 13, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00650-CV

———————————

## IN RE THE COMMITMENT OF BRADLEY JAMES MANUEL

---

### On Appeal from the 185th District Court
### Harris County, Texas
### Trial Court Case No. 681719-0101Z

---

## DISSENT FROM DENIAL OF EN BANC RECONSIDERATION

The court has denied Bradley James Manuel's motion for en banc reconsideration. I respectfully dissent from the court's decision to deny the motion for the reasons stated in my dissent from the denial of en banc reconsideration in *In re Commitment of Farro*, No. 01-18-00164-CV, 2018 WL 6696567 (Tex. App.—Houston [1st Dist.] Dec. 20, 2018, pet. denied) (mem. op.).

Gordon Goodman
Justice

En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.